## Willie MENZIES *v.* ARKANSAS DEPARTMENT of HUMAN SERVICES

CA 03-1237                                    168 S.W.3d 1

### Supreme Court of Arkansas
### Opinion delivered May 13, 2004

Appellant, *pro se.*

No response.

**P**ER CURIAM. Willie Clay Menzies filed a *pro se* motion in this court for appointment of counsel to prosecute his appeal from a decision of Jefferson County Circuit Court terminating his parental rights. Mr. Menzies asserts that he is unable to afford counsel, that his access to legal material is limited, and that he lacks the necessary knowledge to proceed.

We remand this matter to the Jefferson County Circuit Court for a determination of Mr. Menzies's constitutional rights to counsel on appeal, including such rights as discussed in *Bearden v. D.H.S.*, 344 Ark. 317, 42 S.W.3d 397 (2001); *Lassiter v. D.H.S.*, 452 U.S. 18 (1981), as well as any rights he may have under statute. Should the circuit court agree with Mr. Menzies, counsel should be appointed by the circuit court.

It is so ordered.

GLAZE and IMBER, JJ., dissent.

**A**NNABELLE CLINTON IMBER, Justice, dissenting. In my view, this court, and not the circuit court, should decide whether we are required by law to appoint counsel to represent an indigent appellant in his or her appeal from a circuit court's decision to terminate parental rights.

GLAZE, J., joins.